JOSHUA OSBORNE-KLEIN (WSB #36736)      THE HONORABLE MARILYN H. PATEL
*Admitted Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
*Admitted Pro Hac Vice*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org
jbrimmer@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff Luis Garcia Lopez*

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3595-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. CV08-3595-MHP<br><br>STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER |

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (Case No. CV08-3595-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1         The undersigned parties appreciate the opportunity to participate in the Court's ADR

2   multi-option program.  However, the parties agree that the above-captioned administrative

3   review case is not amenable to an intermediate resolution at this time, none of the ADR

4   processes are likely to lead to resolution of the case or deliver benefits sufficient to justify the

5   resources consumed by its use, and the case should continue before the Court.  See ADR LR 3-

6   5(e)(3).  The parties therefore jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ.

7   LR 7-12, that the Court remove the above-captioned case from its ADR multi-option program.

      Respectfully submitted this 3rd day of October, 2008.

/s/  Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org
jbrimmer@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs United Farm Workers, Pesticide Action Network North America, Pineros y Campesinos Unidos del Noroeste, Beyond Pesticides, Teamsters Local 890, and Farm Labor Organizing Committee, AFL-CIO*

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3595-MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs United Farm Workers, Pesticide Action Network North America, Pineros y Campesinos Unidos del Noroeste, Beyond Pesticides, Teamsters Local 890, and Farm Labor Organizing Committee, AFL-CIO*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff Luis Garcia Lopez*

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Joshua Osborne-Klein, for *
LESLIE M. HILL (D.C. Bar No. 476008)
\* per email authorization    U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3595-MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

ERIK PETERSEN (D.C. Bar No. 489073)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
601 D Street, N.W., Suite 3033
Washington, D.C.  20004
(202) 305-0339
(202) 305-0275 *[FAX]*
erik.petersen@usdoj.gov

*Attorneys for Defendant*

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this   7th   day of   October  , 2008.

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge



STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3595-MHP)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C.  20026-3986<br>**Street Address**:<br>601 D. Street N.W., Suite 8000<br>Washington, D.C.  20004<br>(202) 514-0375<br>(202) 514-8865 *[FAX]*<br>leslie.hill@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |
| Erik E. Petersen<br>U.S. Department of Justice<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7369<br>Washington, D.C.  20044-7369<br>**Street Address**:<br>601 D Street, N.W., Room 3909<br>Washington, D.C.  20004<br>(202) 305-0339<br>(202) 305-0275 *[FAX]*<br>erik.petersen@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |
| Laurence A. Weiss<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506<br>(650) 324-7000<br>(650) 324-0638 *[FAX]*<br>*Attorney for Proposed Defendant-Intervenor Makhteshim Agan of North America, Inc.* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |

CERTIFICIATE OF SERVICE
(Case No. CV08-3595-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | David B. Weinberg | ☐ via facsimile |
| 2 | Eric Andreas<br>David E. Markert | ☐ via overnight courier<br>☐ via first-class U.S. mail |
| 3 | Wiley Rein LLP<br>1776 K Street, N.W. | ☐ via hand delivery |
| 4 | Washington, D.C.  20006<br>(202) 719-7000 | ☐ via e-mail<br>☒ via CM/ECF system |
| 5 | (202) 719-7049 *[FAX]*<br>*Attorneys for Proposed Defendant-Intervenor Makhteshim*<br>*Agan of North America, Inc.* | |

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of October, 2008, at Seattle, Washington.

_____
Catherine Hamborg

CERTIFICIATE OF SERVICE
(Case No. CV08-3595-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*