THE HONORABLE MARILYN H. PATEL

1 KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
2 *Admitted Pro Hac Vice*
Earthjustice
3 705 Second Avenue, Suite 203
Seattle, WA  98104
4 (206) 343-7340
(206) 343-1526 *[FAX]*
5 kboyles@earthjustice.org
jbrimmer@earthjustice.org
6
7 VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
8 1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
9 (202) 293-5420
(202) 293-5427 *[FAX]*
10 vruiz@nclr.org

11 *Attorneys for Plaintiffs*
*(complete list of parties on signature page)*
12
GREGORY C. LOARIE (CSB #215859)
13 Earthjustice
426 - 17th Street, 5th Floor
14 Oakland, CA  94612
(510) 550-6725
15 (510) 550-6749 *[FAX]*
gloarie@earthjustice.org
16
*Local Counsel for Plaintiffs*
17
MICHAEL MEUTER (CSB #161554)
18 JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
19 3 Williams Road
Salinas, CA  93905
20 (831) 757-5221
(831) 757-6212
21 mmeuter@crla.org
jgettleman@crla.org
22
23 *Attorneys for Plaintiff Luis Garcia Lopez*

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3595-MHP)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ, | Case No.  CV08-3595-MHP |
| Plaintiffs, | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant, | |
| and | |
| MAKHTESHIM AGAN OF NORTH AMERICA, INC., | |
| Intervenor-Defendant. | |

On November 28, 2008, this Court issued an Order for Stay in the above-captioned case pending a final decision by the Ninth Circuit Court of Appeals in United Farm Workers v. EPA, No. 08-35528 (9th Cir.).  On January 26, 2010, the Ninth Circuit issued an opinion holding that challenges to pesticide reregistration decisions made after a public hearing must be brought in the appellate court within 60 days of the challenged decision.  Appellants United Farm Workers petitioned for rehearing.  On April 19, 2010, the Ninth Circuit denied the petition for rehearing or rehearing en banc, and the mandate in that appeal issued on April 27, 2010.  See Fed. R. App. P. 41(b).

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs, federal defendants, and defendant-intervenors stipulate to the voluntary dismissal of plaintiffs First Amended Complaint for

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3595-MHP)   -1-

1  Declaratory and Injunctive Relief.  Each party will bear its own costs.

2      Respectfully submitted this 30th day of April, 2010.

3

4                    /s/ Kristen L. Boyles
                  KRISTEN L. BOYLES (CSB #158450)
5                  JANETTE K. BRIMMER (MNB #174762)
                  Earthjustice
6                  705 Second Avenue, Suite 203
                  Seattle, WA  98104
7                  (206) 343-7340
                  (206) 343-1526 *[FAX]*
8                  kboyles@earthjustice.org
                  jbrimmer@earthjustice.org
9

10                 VIRGINIA RUIZ (CSB #194986)
                  Farmworker Justice
11                 1126 – 16th Street, N.W., Suite 270
                  Washington, D.C.  20036
12                 (202) 293-5420
                  (202) 293-5427 *[FAX]*
13                 vruiz@nclr.org

14

15                 *Attorneys for Plaintiffs Pesticide Action Network
                  North America, United Farm Workers, Natural
16                 Resources Defense Council, Teamsters Local 890,
                  Beyond Pesticides, Pineros y Campesinos Unidos
17                 del Noroeste, Center for Environmental Health,
                  Farm Labor Organizing Committee, AFL-CIO, and
18                 Alaska Community Action on Toxics*

19                 GREGORY C. LOARIE (CSB #215859)
                  Earthjustice
20                 426 - 17th Street, 5th Floor
                  Oakland, CA  94612
21                 (510) 550-6725
                  (510) 550-6749 *[FAX]*
22                 gloarie@earthjustice.org

23                 *Local Counsel for Plaintiffs*

24

25

26

27

28
    STIPULATION OF VOLUNTARY DISMISSAL PURSUANT               *Earthjustice
    TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3595-MHP)   -2-    705 Second Ave., Suite 203
                                                             Seattle, WA  98104
                                                             (206) 343-7340*

1

2                                    _____ /s/ Kristen L. Boyles for*
                                     LESLIE M. HILL (DCB# 476008)
3                                    Environmental Defense Section
                                     United States Department of Justice
4                                    Environment and Natural Resources Division
                                     601 D Street N.W., Suite 8000
5                                    Washington, D.C.  20004
                                     (202) 514-0375
6                                    (202) 514-8865 *[FAX]*
7                                    Leslie.Hill@usdoj.gov

8                                    *Attorneys for Defendants*

9    *per e-mail authorizaton

10                                   _____ /s/ Kristen L. Boyles for*
11                                   DAVID B. WEINBERG (DCB# 186247)
                                     ERIC ANDREAS (DCB# 462777)
12                                   DAVID E. MARKERT (DCB# 502486)
                                     Wiley Rein LLP
13                                   1776 K Street N.W.
14                                   Washington DC  20006
                                     (202) 719-7000
15                                   (202) 719-7049 *[FAX]*
                                     dweinberg@wileyrein.com
16                                   eandreas@wileyrein.com
                                     dmarkert@wileyrein.com
17

18                                   *Attorneys for Defendant-Intervenor Makhteshim Agan*
                                     *of North America, Inc.*
19

20

21        PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23           5/3/2010                _____
24                                   Honorable Marilyn H. Patel
                                     United States District Judge
25

26

27

28
     STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
     TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3595-MHP)   -3-

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Earthjustice*
*Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington.  I am over 18 years of age and not a party to this action.  My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
**Street Address**:
601 D. Street N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

Erik E. Petersen
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369
**Street Address**:
601 D Street, N.W., Room 3909
Washington, D.C.  20004
(202) 305-0339
(202) 305-0275 *[FAX]*
erik.petersen@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

Laurence A. Weiss
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, CA  94301
(650) 463-4000
(650) 463-4199 *[FAX]*
laweiss@hhlaw.com
*Attorney for Defendant-Intervenor Makhteshim Agan of North America, Inc.*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

CERTIFICATE OF SERVICE
(Case No. CV08-3595-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

David B. Weinberg
Eric Andreas
David E. Markert
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000
(202) 719-7049 *[FAX]*
dweinberg@wileyrein.com
eandreas@wileyrein.com
dmarkert@wileyrein.com
*Attorneys for Defendant-Intervenor Makhteshim Agan of*
*North America, Inc.*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2010, at Seattle, Washington.

_Cheryl McEvoy_
Cheryl McEvoy

CERTIFICATE OF SERVICE
(Case No. CV08-3595-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*